UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CASE NO.: 2:25-cv-01580

BRITTANY WRIGHT,

        Plaintiff,

v.

ABSOLUTE CHIROPRACTIC &
WELLNESS LLC,

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff BRITTANY WRIGHT by and through her undersigned counsel, brings this Complaint against Defendant ABSOLUTE CHIROPRACTIC & WELLNESS LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff BRITTANY WRIGHT ("Wright") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Wright's original copyrighted Work of authorship.

2. Wright is a photographer and stylist who sees food as an art and an opportunity to do something creative. With a background in technology, she has combined her passions for both tech and food into running the Instagram account @wrightkitchen. Her art focuses on food culture, as well as its aesthetic and she showcases the beauty of locally produced foods. Wright has 214,000 followers on her Instagram account and has been featured on Oprah.com, Today.com, BusinessInsider.com and many more other press outlets.

3. Defendant ABSOLUTE CHIROPRACTIC & WELLNESS LLC ("Absolute Chiro") is family wellness chiropractice practice specializing in pregnancy and pediatric care. At all times relevant herein, Absolute Chiro owned and operated the internet website located at the URL https://www.facebook.com/absolutechiropracticwellness (the "Absolute Chiro Facebook Page").

4. Wright alleges that Absolute Chiro copied Wright's copyrighted Work from the internet in order to advertise, market and promote its business activities. Absolute Chiro committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Absolute Chiro's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Absolute Chiro is subject to personal jurisdiction in Wisconsin.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Absolute Chiro engaged in infringement in this district, Absolute Chiro resides in this district, and Absolute Chiro is subject to personal jurisdiction in this district.

## DEFENDANT

9. Absolute Chiropractic & Wellness LLC is a Wisconsin Limited Liability Company, with its principal place of business at 11300 75th St., Ste. 101, Kenosha, WI, 53142, and can be served by serving its Registered Agent, Scott Olson, 6003 7th Ave, Kenosha, WI 53143.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2017, Wright created the photograph entitled "Banana Gradient," which is shown below and referred to herein as the "Work."



11. Wright registered the Work with the Register of Copyrights on January 23, 2018, and was assigned registration number TX 8-554-416. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Wright was the owner of the copyrighted Work.

## INFRINGEMENT BY ABSOLUTE CHIRO

13. Absolute Chiro has never been licensed to use the Work for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Absolute Chiro copied the Work.

15. On or about February 19, 2025, Wright discovered the unauthorized use of her Work on the Website.

16. Absolute Chiro copied Wright's copyrighted Work without Wright's permission.

17. After Absolute Chiro copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its chiropractic and wellness business.

18. Absolute Chiro copied and distributed Wright's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Absolute Chiro committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Wright never gave Absolute Chiro permission or authority to copy, distribute or display the Work for any purpose.

21. Wright notified Absolute Chiro of the allegations set forth herein on April 15, 2025 and April 29, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Wright incorporates the allegations of paragraphs 1 through **Error! Reference source not found.** of this Complaint as if fully set forth herein.

23. Wright owns a valid copyright in the Work.

24. Wright registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. Absolute Chiro copied, displayed, and distributed the Work and made derivatives of the Work without Wright's authorization in violation of 17 U.S.C. § 501.

26. Absolute Chiro performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Wright has been damaged.

29. The harm caused to Wright has been irreparable.

WHEREFORE, the Plaintiff BRITTANY WRIGHT prays for judgment against the Defendant ABSOLUTE CHIROPRACTIC & WELLNESS LLC that:

    a. Absolute Chiro and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Absolute Chiro be required to pay Wright her actual damages and Defendant's profits attributable to the infringement, or, at Wright's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Wright be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Wright be awarded pre- and post-judgment interest; and

    e. Wright be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Wright hereby demands a trial by jury of all issues so triable.

Dated: October 15, 2025                        Respectfully submitted,

                                        */s/ J. Campbell Miller*
                                        J. CAMPBELL MILLER
                                        Indiana Bar Number: 38279-49
                                        campbell.miller@sriplaw.com

                                        **SRIPLAW, P. A.**
                                        742 South Rangeline Road
                                        Carmel, Indiana 46032

332.600.5599 – Telephone
561.404.4353 – Facsimile

and

EVAN A. ANDERSEN
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brittany Wright*